Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Facsimile: (602) 865-7788

Attorneys for Plaintiff THERESA BROOKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 4:17-cv-06166-HSG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| NAYNA PATEL et al. dba Highlander Motel, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff Theresa Brooke dismisses the above action with prejudice; each party to bear her/its own costs and attorneys' fees. Plaintiff requests that the Court retain jurisdiction until March 7, 2019, which is the date by which Defendant must cure the accessibility issues described in the Complaint. *See* Exhibit 1 at ¶2 (Settlement Agreement).

RESPECTFULLY SUBMITTED this 20th day of May, 2018.

Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff THERESA BROOKE